UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 18-10407 |
| | ) | |
| MAJESTIC RETAINING WALLS, LC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## MEMO FOR CLERK

The address for creditor Derek Cornelius, c/o Kevin O'Shea has changed.  Please send all correspondence to the following address:

Derek Cornelius
c/o Kevin O'Shea
1744 Ridge Rd.
Jackson, MO 63755-1603

Respectfully submitted,

THE LIMBAUGH FIRM
407 N. Kingshighway #400
PO Box 1150
Cape Girardeau, MO 63702-1150
Telephone:	(573) 335-3316
Facsimile:	(573) 335-0621
mpayne@limbaughlaw.com

By  /s/ J. Michael Payne_____
     J. Michael Payne  #28733MO

ATTORNEYS FOR DEBTOR